Soheyl Tahsildoost (Bar No. 271294)
Mehgan Gallagher (Bar No. 338699)
THETA LAW FIRM, LLP
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

JS-6

Attorney for Defendant Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SARKIS DEMERJIAN, an individual,

Plaintiff,

vs.

MERCEDES-BENZ USA, LLC, and DOES 1 through 10, inclusive,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cv-02873-SVW-SSC

~~[PROPOSED]~~ JUDGMENT

Judge: Hon. Stephen V. Wilson

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

This action came on for a bench trial on May 19, 2026, the Honorable Stephen V. Wilson, Judge presiding.

Plaintiff Sarkis Demerjian ("Plaintiff") was represented by Christopher R. Hunt and Theodore Swanson. Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA") was represented by Michael Ayzen and Mehgan Gallagher of Theta Law Firm, LLP.

On June 1, 2026, the Court issued Findings of Fact and Conclusions of Law finding that Plaintiff has not met its burden to establish a violation of the Song-Beverly Consumer Warranty Act by Defendant and finding in favor of Defendant. (ECF No. 96.)

1

Now, Defendant seeks to have Judgment entered consistent with the Court's Findings of Fact and Conclusions of Law.

## [PROPOSED] JUDGMENT

Defendant Mercedes-Benz USA, LLC is entitled to judgment against Plaintiff Sarkis Demerjian.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:

That Defendant Mercedes-Benz USA, LLC have judgment entered against Plaintiff Sarkis Demerjian.

**IT IS SO ORDERED.**

DATED: June 26, 2026

_____
   HONORABLE STEPHEN V. WILSON
   UNITED STATES DISTRICT JUDGE

2

[PROPOSED] JUDGMENT